In the Matter of the Application of GEORGE LEVINSON, Respondent, for Leave to Sue MARGARET L. DONAHUE, as Committee of PETER DONAHUE, an Incompetent, Appellant.— Judgment reversed, with costs, and order modified by

---

* Motion to dismiss appeal denied, 254 N. Y. ——.

granting motion to the extent of giving leave to the petitioner to sue the incompetent upon his claim, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.